UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Olawale,
    Petitioner

v.                                        Case No.   1:10-cv-740

Department of Homeland Security,
Field Area Director, et al.,
    Respondents

# ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed April 26, 2011 (Doc. 21).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**. Petitioner's *pro se* pleading entitled, "Motion for Change of Venue Pursuant to 28 U.S.C. 2241," which has been construed as a petition for federal habeas corpus relief (Doc. 9) is **DISMISSED** with prejudice.

Date: May 20, 2011                              s/Sandra S. Beckwith
                                                                  Sandra S. Beckwith, Senior Judge
                                                                  United States District Court